**GERSON & SCHWARTZ, P.A.**

September 26, 2024

**Certified Mail Return Receipt Requested**
**# 9589-0710-5270-0477-1729-24**

Norwegian Cruise Line
Attention: Risk Management
7665 Corporate Center Drive
Miami, FL 33126

RE:	Our client:		Anna Nelson Frank
	Vessel:			Bliss
	Location:		Cabo San Lucas, Mexico
	Date of Loss:		November 2, 2023
	Excursion Operator:	Cabo Adventures/Dolphin Adventures

Dear Sir or Madam:

Please be advised that the undersigned represents the above referenced individual, who was injured aboard your vessel on November 2, 2023. At the time and place referenced herein, our client had an accident while she was on an excursion operated by Cabo Adventures/Dolphin Adventures. As a result, our client sustained a multiple fractures to her right leg,

Liability for this accident is based upon negligent selection/retention of the excursion operator, agency theory, and joint venturer liability, amongst others. This letter shall serve as my client's notice of intent to file a claim pursuant her passenger ticket contract. Request is made that all future correspondence concerning her claim is directed to the undersigned.

This letter shall also serve as our formal request to provide all shipboard and shore side medical records, bills, reports, medical forms, passenger injury and other witness statements, accident scene photographs and video recordings of this incident and copy of the stateroom account for the entire voyage.

Moreover, please provide a copy of United States Coast Guard Form 2692, together with all other accident and investigative records in your possession.

Norwegian Cruise Line
September 25, 2024
Page 2

Request is made that you provide us with this information within (20) days from the date of this letter. Failure to comply with this request within the time stated herein may result in a lawsuit filed against you. A signed Patient Authorization for the Release of Protected Health Information is enclosed.

Should you have any questions or comments, kindly notify me at once

Very Truly Yours.

NICHOLAS I. GERSON

NIG/rr
Enclosure